IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| STEVE A MORRIS, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-cv-00189-TES-CHW |
| | * |
| COMMISSIONER TIMOTHY C WARD, et al., | |
| | * |
| Defendants. | |
| | * |

## JUDGMENT

Pursuant to this Court's Order dated August 23, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 24th day of August, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk